# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | : | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Donna R. Lucero** | : | **Case No.: 14-22493** |
| | : | **Chapter 13** |
| **Debtor.** | : | **Judge J. Philip Klingeberger** |
| | : | * * * * * * * * * * * * * * * * * * * * |
| | : | |

## AMENDED TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| MTGLQ Investors, LP, by and through its mortgage servicing agent Rushmore Loan Management Services, LLC, | JPMorgan Chase Bank N.A. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Rushmore Loan Management Services, LLC
P.O. Box 55004
Irvine CA 92619-2708

Court claim # (if known): 2
Amount of Claim
  Total Debt: $146,350.44
  Arrearage Portion: $56,694.53
Date Claim Filed: April 24, 2015

Phone: c/o Sarah E. Willms 614-220-5611            Phone:

Last four Digits of Acct #: 6458                          Last Four Digits of Acct. #: 1510

Name and Address where transferee payments should be sent (if different from above):

Rushmore Loan Management Services, LLC
P.O. Box 52708
Irvine CA 92619-2708

Phone: c/o Sarah E. Willms 614-220-5611
Last four Digits of Acct #: 6458

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/ Sarah E. Willms                    Dated: April 8, 2016

Penalty for making a false statement: Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

16-007769_TJW

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Transfer of Claim was served on the parties listed below via e-mail notification:

Nancy Gargula, One Michiana Square Building, Suite 555, 100 East Wayne Street, South Bend, IN 46601-2349, 574-236-8105

Paul Chael, 401 West 84th Drive, Suite C, Merrillville, IN  46410

Edward J. Wartman, Attorney for Donna R. Lucero, 516 E. 86th Avenue, Merrillville, IN 46410, ewartman@aol.com

and on the below listed parties by regular U.S. mail, postage prepaid on April  8 , 2016:

Donna R. Lucero, 9838 Terrace Court, Highland, IN  46322

/s/ Sarah E. Willms

16-007769_TJW